## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Peggy Kuo__  DATE: __6/4/18__

DOCKET NUMBER: __18CR280(RRM)__  LOG #: __2:31 – 2:55__

DEFENDANT'S NAME: __Gary Peresiper__
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: __Larry Krantz__
___ Federal Defender  ✓ CJA  ___ Retained

A.U.S.A: __Sarah Wilson Rocha__  CLERK: __Felix Chin__

INTERPRETER: _____ (Language)

__X__ Defendant arraigned on the: __X__ indictment  ___ superseding indictment  ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.  ✓ Defendant's first appearance.

✓ Bond set at __$1 million__. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

2 ~~Both~~ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

1 ~~●~~ (Additional) surety/ies to co-sign bond by ~~6/15/18~~ __6/14/18__

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __6/4/18__ Stop __6/29/18__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __6/29/18__ @ __10:00__ before Judge __Mauskopf__

Other Rulings: __Dfse counsel + govt agree on a $1 million bond. Dft is advised by the court to retain counsel based on the information on his financial affidavit.__