

U.S. Department of Justice

United States Attorney
Eastern District of New York

WK/ABS:SWR
F. #2018R0124

271 Cadman Plaza East
Brooklyn, New York 11201

June 6, 2018

<u>BY HAND DELIVERY AND ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. Gary Peresiper</u>, 18-CR-280 (RRM)

Dear Judge Johnson and Judge Mauskopf:

Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case ("<u>Peresiper</u>") is presumptively related to <u>United States v. Pikus, et al.</u>, No. 16-CR-329 (SJ) ("<u>Pikus</u>").

Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). This case is presumptively related to <u>Pikus</u> because the facts of <u>Peresiper</u>'s case arise out of the same criminal scheme as charged in <u>Pikus</u>. Specifically, a grand jury returned an indictment charging <u>Peresiper</u> with the same conspiracy to pay health care kickbacks as charged in Count Ten in <u>Pikus</u>. As the case is thus presumptively related, the government respectfully submits that reassignment would be appropriate, as it would likely result in a significant

savings of judicial resources and serve the interests of justice.

                                                    Respectfully submitted,

                                                    RICHARD P. DONOGHUE
                                                    United States Attorney

                         By:      _____
                                                    Sarah Wilson Rocha
                                                    Trial Attorney
                                                    (631) 715-6366

cc:     Larry H. Krantz, Esq. (via electronic mail)