

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK/ABS:SWR
F. #2018R0124

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2018

By ECF

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    United States v. Gary Peresiper
               Criminal Docket No. 18-CR-00280 (RRM)

Dear Judge Mauskopf:

      The government respectfully submits this letter in connection with the Court's November 1, 2009 Standing Order.  The government writes to certify that, after reviewing its files, the government has concluded that no aspect of the investigation, inquiry and prosecution giving rise to the above-captioned matter was pending or initiated during the Court's tenure as United States Attorney for the Eastern District of New York between September 3, 2002 and October 19, 2007.  Consequently, the government has not identified any issue that would require the Court's recusal in this case.

                          Respectfully submitted,

                          RICHARD P. DONOGHUE
                          United States Attorney
                          Eastern District of New York

      By:    /s/ Sarah Wilson Rocha
                Sarah Wilson Rocha, Trial Attorney
                Fraud Section, Criminal Division
                U.S. Department of Justice

cc:    Larry H. Krantz, Esq.