

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK/ABS:SWR
F. # 2018R0124

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 12, 2019

<u>Via ECF</u>
The Honorable Sterling Johnson Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Gary Peresiper
      <u>Criminal Docket No. 18-280 (SJ)</u>

Dear Judge Johnson:

  On January 23, 2019, Magistrate Judge James Orenstein accepted the guilty plea of defendant Gary Peresiper in the above-referenced case. Mr. Peresiper pleaded guilty to the sole count in the indictment, conspiracy to pay health care kickbacks in violation of Title 18, United States Code, Section 371. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea at this time, prior to sentencing. Eric Creizman, the defendant's attorney, has informed the government that the defendant has no objection.

  Accordingly, attached please find a proposed order. The transcript of the change of plea hearing ("Tr."), at the conclusion of which Judge Orenstein recommended that this Court accept the defendant's guilty plea (Tr. 29:21-30:5), will be delivered to the Court with a courtesy copy of this submission.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

      By:  <u>/s/ Sarah Wilson Rocha</u>
         Sarah Wilson Rocha
         Trial Attorney
         Criminal Division, Fraud Section
         U.S. Department of Justice

cc: Eric Creizman, Esq., Counsel for Defendant