F. # 2018R0124

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – –X

| UNITED STATES OF AMERICA | O R D E R |
|---|---|
| - against - | Cr. No.  18-cr-280 (SJ) |
| GARY PERESIPER, | |
| Defendant. | |

– – – – – – – – – – –X

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Trial Attorney Sarah Wilson Rocha, and after review of the transcript of the guilty plea of the defendant GARY PERESIPER on January 23, 2019, before United States Magistrate James Orenstein, Eastern District of New York, I hereby adopt the recommendation of United States Magistrate Judge Orenstein and accept the defendant GARY PERESIPER's plea of guilty in satisfaction of the above-captioned indictment as the plea was made knowingly and voluntarily and there is a factual basis for the plea.

Dated: Brooklyn, New York
      _____, 2019

_____
THE HON. STERLING JOHNSON JR.
UNITED STATES DISTRICT JUDGE