UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                             Cr. No. 18-280 (SJ)

GARY PERESIPER,

             Defendant.

– – – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Andrew Estes from this point

forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter

should be sent to:

DOJ Trial Attorney Andrew Estes
United States Attorney's Office (Criminal Division)
271 Cadman Plaza East, 5th Floor
Brooklyn, New York 11201
Tel:  (718) 254-6250
Email: Andrew.Estes@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Andrew Estes at the email address set forth above.

Dated:   Brooklyn, New York
         August 27, 2021

                                        Respectfully submitted,

By:    /s/ Andrew Estes
            Andrew Estes
            Trial Attorney
            Criminal Division, Fraud Section
            U.S. Department of Justice

cc:    Clerk of the Court