UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                              :
UNITED STATES OF AMERICA,      :   Index No. 18-CR-280 (SJ)
                                              :
     v.                                     :   **NOTICE OF**
                                              :   **CHANGE OF FIRM ADDRESS**
GARY PERESIPER,                  :
                                              :
          Defendant                    :
-------------------------------------------------------x

Pursuant to Local Civil Rule 1.3(d) and Local Criminal Rule 1.1(b), please take notice of the following address change for my firm, Armstrong Teasdale LLP. I am admitted to practice before this Court and before the courts of the State of New York.

My EDNY Bar number is EC7684. My State Bar Number is 3054954.

**Firm Address Information Change:**

**Old Address: Armstrong Teasdale LLP**
  **919 Third Avenue, Fl. 37**
  **New York, New York 10022**

**New Address: Armstrong Teasdale LLP**
  **7 Times Square, Fl. 44**
  **New York, New York 10036**

Telephone, Email, and Fax information have not changed.

Date:   December 5, 2021
        New York, New York

/s/ Eric M. Creizman
Eric M. Creizman
Armstrong Teasdale, LLP
7 Times Square, Fl. 44
New York, New York 10036
T: (212) 209-4358
F: (212) 409-8385
E: ecreizman@atllp.com
