# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
**United States Marshals Service**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2022 ★
BROOKLYN OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | CR-18-0280 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gary Peresiper | Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BREON PEACE United States Attorney - Eastern District of New York
271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201
Attn: AUSA Claire Kedeshian

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please deposit the $175,300.00 received on or about April 14, 2022 into the SADF

CATS ID # 20-HHS-000015

Signature of Attorney other Originator requesting service on behalf of:
Claire S. Kedeshian by EV
Digitally signed by Claire S. Kedeshian by EV
Date: 2022.04.19 10:46:13 -04'00'

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (718) 254-6051
DATE: 4/19/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | No. 53 | No. 53 | MARVELLA JEFFERSON Digitally signed by MARVELLA JEFFERSON Date: 2022.04.19 11:58:10 -04'00' | 4/19/2022 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 4/19/2022
Time: ☐ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
MARVELLA JEFFERSON
Digitally signed by MARVELLA JEFFERSON
Date: 2022.04.19 11:58:40 -04'00'

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

$175,000.00 deposited into the SADF on 4/14/2022.

D53 2018-CR-00280-1

Form USM-285
Rev. 03/21