

Eric M. Creizman
Direct  T 212.972.0200  F 212.409.8385
ECreizman@atllp.com

By ECF

July 18, 2022

The Honorable Sterling Johnson, Jr.
Senior United District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Gary Peresiper,*
    <u>Case No.18-CR-280 (SJ)</u>

Dear Judge Johnson:

    We represent Gary Peresiper in the above-referenced action.  I write to respectfully request a temporary modification to Mr. Peresiper's conditions of release to enable him to take possession of his United States passport for a period of two weeks from August 1, 2022 to August 15, 2022, so that he can obtain a New Jersey driver's license.  Mr. Peresiper recently sold his house in Queens, New York, and is in contract to purchase a house in Montvale, New Jersey.  He and his wife have already changed their residence to New Jersey, and accordingly, he requires a New Jersey driver's license.  To obtain a New Jersey driver's license, Mr. Peresiper needs to provide his passport as proof of his identification.  Mr. Peresiper has a scheduled appointment on August 8, 2022 with the New Jersey Motor Vehicle Commission to transfer his New York Driver's License and obtain his New Jersey Driver's License.  Both the Department of Justice and Pretrial Services consent to this application.

    On June 4, 2018, Mr. Peresiper was charged in an indictment charging one count of conspiracy to commit Medicare fraud.[1]  Magistrate Judge Kuo ordered Mr. Peresiper released on a personal recognizance bond of $1 million, secured by his residence in Queens, New York, and co-signed by two financially responsible sureties, with his travel restricted to New York, New Jersey, Pennsylvania, and Ohio, and the requirement that he surrender his passport to Pretrial Services.  On January 28, 2019, because of Mr. Peresiper's scrupulous compliance with the

---

[1] Mr. Peresiper pleaded guilty to that charge pursuant to a plea agreement on January 23, 2019.

conditions of his release, Pretrial Services eased his supervision status to "low intensity." On July 2, 2019, Magistrate Judge Kuo granted Mr. Peresiper's unopposed application to modify his conditions of release to: (i) substitute as security for the appearance bond a condominium property located in Hallandale Beach, Florida; and (ii) modify his travel restrictions to include Florida, and to remove Ohio and Pennsylvania.

Permitting Mr. Peresiper to take possession of his passport for the two weeks between August 1 and August 15, 2022, will enable him to obtain a New Jersey driver's license without further delay.

Accordingly, we respectfully request that the Court endorse the proposed Order annexed hereto as Exhibit A.

I thank the Court for its consideration in this matter.

Respectfully submitted,
/s/ Eric M. Creizman
Eric M. Creizman

Attachment (Exhibit A)

cc: Andrew Estes, Esq. (by ECF and email)
Trial Attorney, Department of Justice

U.S. Pretrial Services Officer Robert Stehle (by email)