UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
: 
UNITED STATES OF AMERICA :
: Docket No.: 18-CR-280 (RPK)
-v- :
: **[Proposed]**
GARY PERESIPER, :
: ORDER
Defendant. :
------------------------------------- x

Upon the unopposed application of Gary Peresiper, by his attorney, Eric M. Creizman of Armstrong Teasdale LLP, dated July 18, 2022, I hereby order that the United States Pretrial Services Agency for the Eastern District of New York release to Mr. Peresiper directly, or to his attorney, Mr. Peresiper's United States Passport for a period of two weeks from August 1, 2022 to August 15, 2022.

SO ORDERED.

/S/ *Rachel Kovner*
HON. RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
July 21, 2022