# Merav Peresiper

████████████
████████████████████████

April 27, 2019

The Honorable Sterling Johnson, Jr.
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

    RE:    My Husband, Gary Peresiper

Dear Judge Johnson,

My name is Merav Peresiper. I am Gary's wife for the past 30 years. I am an Assistant Teacher working with kindergarten children for the past 14 years.

Gary and I met in Brooklyn College in 1984. He was 19 years old and I was 18. We both immigrated to the United States. Gary from Moldova and I from Israel. Shortly after graduating college in 1986, Gary got a job as an accountant working for a CPA firm in NYC.

We got married in June of 1988. Neither my parents nor Gary's were in any position to help us so we were pretty much on our own. We lived in Luna Park projects in Brooklyn, where we welcomed 2 of our older boys (Eric and Brandon) into this world. Gary worked many hours as an accountant especially during tax seasons. Times were very tough on us and it quickly got worse with Gary losing him Mom to cancer and my parents announcing that they are divorcing which became very heated and ugly tearing my family apart.

As we were not in a position to hire any help, and Gary's Mom gone and my parents in a middle of a nasty divorce, we decided that I would stay home to raise our 2 boys while Gary will be the sole financial provider to our family. Gary very many hours, took multiple jobs, and freelanced as a CPA in order to support our family and make sure that we were in a position to pay all our bills. Living in the projects was not easy with our cars being stolen and broken into on numerous occasions and we knew that we have to move a nicer area where it would be more conducive to c calm life-style where we can concentrate on raising our boys and give them an opportunity to get a good education and grow up in suburbia with grass fields. In 1995 we moved to East Rockaway, LI and we are living there till this day.

In 1997, our 3rd son Tyler, was born. We raised our boys on tight budget but we moved to a neighborhood with great schools. Education was our number one priority for our children. We raised our boys to study hard and we always had them involved in sports. All 3 boys were exceptional athletes and wonderful students. They excelled in basketball, football, tennis and lacrosse, but more critical to us they were well mannered boys that have very inclusive personalities never rejecting anyone away or turning down a friend. That was not so easy living in the neighborhood with so many privileged children but Gary's attitude was always true to the core to never have our boys forget where we and our parents came from.

I don't know how Gary managed to do this but in spite of working crazy hours and many times at night in our home office, he still was able to be at the boys activities, being it a football practice on the back of the school filed, a championship lacrosse game at Hofstra for LI Championship Title, a CYO basketball game, or a Chorus performance that was invited to perform at the steps of the Lincoln Monument, Gary and I always made sure that we were there to support our boys and our School Community.

As I mentioned in a previous paragraphs, it was critical to us that our boys stay on top of their studies, and we were extremely proud of them and their academic accomplishments, as our older boy Eric graduated from Cornell Business School with a degree in business and finance, our middle son Brandon graduated University of Pennsylvania with degree in economics, and our baby Tyler is graduating this May from Fischer School of Business of Ohio State University. Our boys never hesitate to admit that their parents were always there for them and how grateful they are of the values we instilled in them. They always say that Gary is their best friend who knows when to stop being a friend and when to become a disciplinary father. Eric and Brandon work for Lloyds Bank Group. Eric made a youngest VP at Lloyds at the age of 27. Brandon who is 24 now, is enrolled in an analytics program at Lloyds and Tyler is in a process of interviewing and aggressively pursuing job opportunities. The young men that we raised are a byproduct of 2 very hard working parents that were always involved with their children. Family comes first to us has always being our way of life.

When federal agents came to our house at 6am to arrest Gary they asked if there is anyone else in the house. Tyler was upstairs sleeping as he just came home from finishing his junior year. I was asked to wake him up and bring him downstairs. Tyler seeing his father in handcuffs being charged with a crime left him confused, saddened and devastated to see his father like that. I can only imagine the pain and agony this caused him to see his hero like this. This is the man that always taught the boys to be above the board, to do everything right, to always look ahead, to always look people in the eyes and never give reason to feel shame.

The Honorable Sterling Johnson, Jr.
Page 3

Nothing in Gary's character or the way we lived and raised our family, could make him understand this situation. Tyler just started his summer internship at M&T Bank but refused to go to work that day as he insisted that he needs to be next to me and help me get through this day as it was a shocker to all of us. He stayed with me and helped me make phone calls and came to Court with me and made sure that I was never left alone. He simply stated that "I was raised to make sure that family always comes first".

Gary made a huge mistake by working with these guys whom I don't even know, but please don't judge Gary by this mistake when his whole life he worked so hard to raise good children and lead by example doing charity work, helping others, being generous to so many organizations, always carrying for the people in need. Gary is a wonderful human being who has accomplished so much and went through so much pain and hard-ache and yet he never lost his identity. He is trying to downplay this but I know and I can see as his wife the inner turmoil he is in. I can very easily read his attitude which demonstrates regret and remorse for what he is putting all of us through. Many times over I hear his say how stupid he was not to see the whole picture and how stupid of him to not walking away from these people the minute he smelled that something was not right. I know he is filled with regret and remorse and that he wishes that he would have been wise enough to recognize the issues and run away from them. But he didn't. This mistake will live with us for the rest of our lives.

I regret that you do not know my husband as the person he really is and the only knowledge of him is the indictment and the letters that we are writing to you to shed some light on who my husband truly is.

I implore Your Honor to spare Gary any imprisonment time for his lack of good judgment this period of his life and be lenient with his sentencing.

Sincerely Yours,

*[signature]*

Merav Peresiper